**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Sheman Bernard
In Proper Person
1224 Carmel Drive
Lafayette LA 70501

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on **November 7, 2018**

**REHEARING ACTION: November 7, 2018**

**Docket Number: 18   00213-CA**

**LOUISIANA DEPT. OF HEALTH,**
**OFFICE OF PUBLIC HEALTH**
**VERSUS**
**SHEMAN BERNARD**

**Appealed from Lafayette Parish Case No. C-20175240**

**BEFORE JUDGES**:

   Hon. Marc T. Amy
   Hon. John E. Conery
   Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sheman Bernard** has this day been

   **DENIED.**

cc: Alice O. Landry, Counsel for the Appellee
    Neal Risley Elliott, Jr., Counsel for the Appellee